UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE THOMAS | § | Docket No. 2:23-cv-06391 |
| | § | |
| | § | |
| Versus | § | Judge: SUSIE MORGAN |
| | § | |
| | § | |
| ALLIED TRUST | § | Magistrate Judge: JANIS VAN |
| INSURNACE COMPANY | § | MEERVELD |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes both Plaintiff and Defendant, through undersigned counsel, and respectfully request this Honorable Court to grant its Joint Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, ROSE THOMAS, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 27, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, Plaintiff informed Plaintiff's counsel that they did not wish to pursue this claim;

Accordingly, upon due consideration of the facts and law, Plaintiff and Defendant wish to file Dismissal without Prejudice as agreed upon.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Joint Motion and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jeanne Arceneaux | /s/ Mark Ladd |
| MICHAEL E. HILL (25708) | MARK LADD (30847) |
| Email: mhill@kelleykronenberg.com | GALINDO LAW FIRM |
| JEANNE ARCENEAUX (36035) | 3850 North Causeway Blvd. |
| Email:jarceneaux@kelleykronenberg.com | Ste. 1520 |
| KELLEY KRONENBERG, PA | Metairie, Louisiana 70002 |
| 400 Poydras Street, Suite 2400 | Ph. 713-228-3030 |
| New Orleans, Louisiana 70130 | Fax 713-228-3003 |
| Phone: 504-208-9055 | Email:hurricane@galindolaw.com |
| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFF** |